IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

Eastern DIVISION

FILED

SEP 1 8 2018

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

Kimberly Yvette Atkinson )

_____ )

_____ )

(Enter above the full name
of the Plaintiff[s] in this
action).

vs.

Vidant Medical Center )

_____ )

_____ )

_____ )

(Enter above the full name of
**ALL** Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the <u>complaint</u>
include the names of **all** the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

Case No. 4:18-CV-161-BO

(To be assigned
by the Clerk of
District Court)

## COMPLAINT

1.  Plaintiff resides at 583 Channel Dr
    Wenteeville NC 28590

2.  Defendant(s)name(s): Vidant Medical Center

1

Location of principal office(s) of the named defendant(s):

2100 Stantonsburg Road

Greenville, NC. 27834

Nature of defendant(s) business: Health care

Approximate number of individuals employed by defendant:

12,000+

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on this court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 20003-5(g).

4. The acts complained of in this suit concern:

    (A) _____ Failure to employ me.

    (B) __✗__ Termination of my employment.

    (C) _____ Failure to promote me.

    (D) __✗__ Other acts as specified below:

please See attachments in response to question 4 (D)

2

Case 4:18-cv-00161-BO    Document 1    Filed 09/18/18    Page 2 of 7

5.  Plaintiff is:

    (A) _____ presently employed by the defendant.

    (B) _✗_ not presently employed by the defendant.

       The dates of employment were March 2002 until July 2018

       Employment was terminated because:

       (1) _✗_ plaintiff was discharged.

       (2) _____ plaintiff was laid off.

       (3) _____ plaintiff left job voluntarily.

6.  Defendant(s) conduct is discriminatory with respect to the following:

    (A) _✗_ my race.

    (B) _____ my religion.

    (C) _____ my sex.

    (D) _____ my national origin.

    (E) _✗_ other as specified below:

    Retaliation to complaints made _____

    _____

7.  The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are):

Terry Collins, white, Female, Manager Service Desk

Vance Murphy, white, Male, HR Business Partner

       IS Service Desk

       Human Resources

3

Case 4:18-cv-00161-BO    Document 1    Filed 09/18/18    Page 3 of 7

8. The alleged discrimination occurred on or about *started Feb 2017* *until seperation July 2018*. _____.

9. The nature of my complaint, i.e., the manner in which the individuals(s) named above discriminated against me in terms of the conditions of my employment is as follows:

*Reference attachment* _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____.

10. The alleged illegal activity took place at: _____ *Vidant Medical Center* _____.

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s) alleged discriminatory conduct on or about *April 2018* _____. I have attached a copy of the Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on *June 20, 2018* _____.

4

Case 4:18-cv-00161-BO    Document 1    Filed 09/18/18    Page 4 of 7

The nature of my complaint in the manner in which my formal Manager Terry Collins (Manager IS Service Desk) and Vidant Human Resources Office allowed the stroke of her (Terry Collins) pen to be more powerful than allowing me due process through fully investigating the issues that was brought forth. Since the hiring of Terry Collins as the Manager of the Service Desk the only people that has been fired are Blacks. In the first two firing of Black employees she used two White employees to assist her with the setup of their firing. Terry Collins has not been fair to her Black employees nor held them accountable to the same standards of her white employees. Terry Collins has strong personal issues with her Black employees. When Terry talked to her White employees in her office she asked one White employee "what are they saying" (Black employees) and this was inference to the firing of Zeb Harris (Black). There have been numerous complaint to Human Resources about Terry Collins but nothing was done. I have reached out to leadership numerous of times about Terry Collins and nothing was done. I was removed from the interviewing process along with another coworker Todd Jones, because we didn't pick the person Terry Collins wanted us to pick which he came from her previous job. I talked with leadership about unfair hiring practices and nothing was done. I kept a log with thing that was going on at the Service Desk. I was asked not to respond to emails that was sent to the whole Service Desk, because "they didn't want me speaking for the Service Desk". No one else at the Service Desk was told this although others responds to emails as well to get clarification, because information was not coming from the top down to the Service Desk. Todd Jones (Black) was using the bathroom and Terry Collins took it upon herself to go in the bathroom looking for him because he wasn't at his desk after talking with Craig Sawyer (White). I was written up in February 2017 with a date of February 2016 with no clear justification. This write up caused me not to be promoted which affected me financially. I brought this up to leadership nothing was done. While in the office with Vance Murphy and Terry Collins during the write up Vance Murphy said to me "that I like to have similar partners around" the similar partners that he was referring to would be Todd Jones (Black Male) and Ahmad Jose (Black Male). I'm a Black female and they are Black males so the similarity he was referring to had to be the color of our skin. I sent emails to leadership hoping to get help with harassment/discrimination this was never looked into. I was told Risk Management only investigated my Performance Evaluation, but I never got feedback on that

investigation. My Manager Terry Collins and Human Resources will never admit the issue is about race, instead they will try to rationalize their behavior by picking apart an employee's qualifications, behavior or performance. My Manager Terry Collins and Human Resources is not being equally abusive toward all employees it's just certain employees, which is another reason why I stand by my discrimination claim. For example, a white male or a person from Terry's previous job might be rewarded for being outspoken while me (Kim) a black female employee would be considered "loud, unprofessional, intimidating or out of line, for the same behavior. Eventually, I filed a racial discrimination lawsuit with the Equal Employment Opportunity Commission. The Equal Employment Opportunity Commission has given me a Notice of Sue Rights.

12. I seek the following relief:

(A) __X__ recovery of back pay;

(B) __X__ reinstatement to my former job;

(C) __X__ trial by jury on all issues so triable;

and any other relief as may be appropriate, including

injunctive orders, damages, costs and attorney's fees.

9/18/18
Date

_Kimberly Y Atkinson_
Signature of Plaintiff

583 Channel Dr
Winterville NC 28590
(252) 531-5522
Address and Phone Number of Plaintiff

5